Castel/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-09

Thule AB,

    Plaintiff,

v.

Advanced Accessory Holdings Corporation,
AAS Acquisitions, LLC, CHAAS Acquisitions,
LLC, and Valley Industries, LLC,

    Defendants.

09 CV 00091(PKC)(GWG)

ECF Case

PKC

[PROPOSED] ORDER

P. KEVIN CASTEL, U.S.D.J.:

  Upon Plaintiff's April 22, 2009 Motion for Amendment of Judgment and Memorandum of Law in Support, Defendants' Opposition, and the arguments presented at the May 8, 2009 hearing, it is hereby

  ORDERED that this Court's Judgment dated April 14, 2009, is hereby VACATED; it is further,

  ORDERED that Plaintiff is granted leave to amend its complaint and shall file its Second Amended Complaint on or before May 22, 2009; and it is further,

  ORDERED that the parties shall confer and submit a joint proposed schedule for discovery, if any, and filing of additional motions.

New York, New York
May 12, 2009

              _____
              P. Kevin Castel
              United States District Judge

AMR 191950v1